UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MILES ORLANDO LEE<br>    FED. REG. NO. 11199-040<br>VS.<br><br>WARDEN KEFFER | CIVIL ACTION NO. 07-1873<br><br>SECTION P<br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** Grounds One and Two of the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims;

**IT IS FURTHER ORDERED THAT** Grounds Three and Four of the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE** because petitioner has failed to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___9th___ day of ___January___, 20_07_.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE